IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

THOMAS J. FITZMAURICE : CASE NO. 15-18611 SR

ORDER

THE FEE APPLICATION OF COUNSEL FOR THE DEBTOR, MCCULLOUGH EISENBERG, LLC. IS HEREBY APPROVED AND ALLOWED AS FOLLOWS:

Court Cost's already paid: ……........................$310.00

Attorney's fees and costs to be paid pursuant to the

Chapter 13 Plan by the Chapter 13 Trustee..........$ 1,750.00

*[signature: Stephen Raslavich]*

_____
UNITED STATES BANKRUPTCY JUDGE
STEPHEN RASLAVICH

Dated: September 2, 2016