United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas J. Fitzmaurice  
      Debtor

Case No. 15-18611-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 02, 2016  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2016.  
db        +Thomas J. Fitzmaurice,   3626 Essex Lane,   Philadelphia, Pa 19114-1904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:  
      CAROL B. MCCULLOUGH   on behalf of Debtor Thomas J. Fitzmaurice mccullougheisenberg@gmail.com, G25217@notify.cincompass.com  
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         : CHAPTER 13

   THOMAS J. FITZMAURICE           : CASE NO. 15-18611 SR

ORDER

THE FEE APPLICATION OF COUNSEL FOR THE DEBTOR, MCCULLOUGH EISENBERG, LLC. IS HEREBY APPROVED AND ALLOWED AS FOLLOWS:

Court Cost's already paid: ……………………….$310.00

Attorney's fees and costs to be paid pursuant to the Chapter 13 Plan by the Chapter 13 Trustee ……….$ 1,750.00

_____
UNITED STATES BANKRUPTCY JUDGE
STEPHEN RASLAVICH

Dated: <u>September 2, 2016</u>