# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

THOMAS J. FITZMAURICE : CASE NO. 15-18611JKF

## ORDER

AND NOW, this ____ day of _____, 2019, upon consideration of the Modification of Chapter 13 Plan After Confirmation, any responses thereto, and a hearing on the matter, it is hereby

ORDERED AND DECREED that the Modification of the Chapter 13 Plan After Confirmation be and it is hereby APPROVED.

BY THE COURT:

_____
**Date: December 11, 2019**      BANKRUPTCY JUDGE