# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :        CHAPTER 13

THOMAS J. FITZMAURICE          :        15-18611JKF

## ORDER

AND NOW, this ___ day of _____, 2020, upon consideration of the Modification of Chapter 13 Plan After Confirmation, any responses thereto, and a hearing on the matter, it is hereby

ORDERED AND DECREED that the Modification of the Chapter 13 Plan After Confirmation be and it is hereby APPROVED.

BY THE COURT:

_____
BANKRUPTCY JUDGE

**Date: May 27, 2020**