| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 15-18611-AMC**

THOMAS J. FITZMAURICE
3626 ESSEX LANE
PHILADELPHIA  PA    19114

Petition Filed Date: 12/01/2015
341 Hearing Date: 02/26/2016
Confirmation Date: 08/31/2016

Case Status: Completed on 5/29/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $820.43 | | 02/05/2019 | $820.43 | | 03/04/2019 | $1,008.45 | |
| 04/02/2019 | $820.43 | | 04/25/2019 | $820.43 | | 06/03/2019 | $820.43 | |
| 06/24/2019 | $820.43 | | 08/05/2019 | $820.43 | | 09/06/2019 | $820.43 | |
| 10/02/2019 | $820.43 | 6222742000 | 11/04/2019 | $820.43 | 6305947000 | 12/03/2019 | $820.43 | 6378111000 |
| 05/29/2020 | $9,845.16 | 6822454000 | | | | | | |

**Total Receipts for the Period: $19,878.34   Amount Refunded to Debtor Since Filing:  $0.32   Total Receipts Since Filing: $47,911.66**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»»  002 | Unsecured Creditors | $2,198.14 | $300.92 | $1,897.22 |
| 1 | PHILADELPHIA GAS WORKS<br>»»  001 | Unsecured Creditors | $93.90 | $12.85 | $81.05 |
| 4 | PHFA<br>»»  004 | Mortgage Arrears | $40,924.48 | $40,924.48 | $0.00 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»»  005 | Secured Creditors | $445.78 | $445.78 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  003 | Unsecured Creditors | $1,729.92 | $236.82 | $1,493.10 |
| 6 | McCULLOUGH EISENBERG LLC<br>»»  006 | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 0 | THOMAS J. FITZMAURICE | Debtor Refunds | $0.32 | $0.32 | $0.00 |

**Chapter 13 Case No. 15-18611-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,911.66 | Current Monthly Payment: | $1,406.45 |
| Paid to Claims: | $43,671.17 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,240.49 | Total Plan Base: | $47,911.34 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.