Certificate Number: 15317-PAE-DE-035323660

Bankruptcy Case Number: 15-18611



15317-PAE-DE-035323660

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2021, at 11:04 o'clock AM PST, Thomas Fitzmaurice completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 1, 2021              By:   /s/Eunice Francia

                                      Name: Eunice Francia

                                      Title: Counselor